SOPHIE DORFMAN, Respondent, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

MOLLIE ROTH, an Infant, by JOSEPH ROTH, Her Guardian ad Litem, and JOSEPH ROTH, Respondents, v. ISIDORE TOUBIN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

SAM HOCHMAN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

LAURA BENZLEY, Respondent, v. CHARLES F. STOEBLING, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

MORRIS RABINOWITZ, Respondent, v. NEW YORK PLUMBERS SPECIALTIES CO., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

GERTRUDE C. ARMSTRONG, Appellant, v. FOUNDATION DISTRIBUTORS CORPORATION and FOUNDATION DEPOSITORS CORPORATION, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

WILLIAM P. FLECKENSTEIN, Respondent, v. BENNY FRIEDMAN and P. F. COLLIER & SON COMPANY, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, Townley and Glennon, JJ.

JOSEPH ROSENBLATT, Appellant, v. HARRY MEIROWITZ, Respondent.— Judgment and order so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

BERNARD B. KLEIN, Respondent, v. HOME LIFE INSURANCE COMPANY, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to defendant to serve an amended answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

SAMUEL STERN, Respondent, v. SHERWOOD C. HOLLISTER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.